UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-60108-RNS

Sonya Cusack and Beverly Bierwerth,
individually and on behalf of others similarly
situated,

    Plaintiffs,

v.

Century Health and Life, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiffs, Sonya Cusack and Beverly Bierwerth ("Plaintiffs") and Defendant, Century Health and Life, LLC ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiffs and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 16th day of August, 2023.

| BY: *s/ Ryan L. McBride* | BY: *s/ Jason S. Weiss* |
|---|---|
| Ryan L. McBride, Esq. | Jason S. Weiss, Esq. |
| Florida Bar No. (1010101) | Florida Bar No. 356890 |
| **Kazerouni Law Group, APC** | **Weiss Law Group, P.A.** |
| 301 E. Bethany Home Road, Suite C-195, | 5531 N. University Drive, Suite 103 |
| Phoenix, AZ 85012 | Coral Springs, FL 33067 |
| Telephone: (800) 400-6808 | Telephone: (954) 573-2800 |
| Facsimile: (800) 520-5523 | Jason@jswlawyer.com |
| ryan@kazlg.com | |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |